465 A.2d 1024

**Charlotte T. SCHWARTZ, Appellant,**

**v.**

**Donald SCHWARTZ.**

**Charlotte T. SCHWARTZ, Appellant,**

**v.**

**Donald SCHWARTZ.**

Superior Court of Pennsylvania.

Argued Feb. 24, 1983.

Filed Sept. 2, 1983.

Allen N. Brunwasser, Pittsburgh, for appellant.

Donald Schwartz, appellee, in propria persona.

Before SPAETH, MONTEMURO and MONTGOMERY, JJ.

**6**

PER CURIAM:

This is an appeal from an order dated September 5, 1980 of the Court of Common Pleas of Allegheny County vacating a Protection from Abuse order which had been issued in accordance with the provisions found at 35 P.S. 10181 *et seq.* Unfortunately, we are unable to address the merits of appellant's contentions as the record reveals a failure to enter the order on the lower court docket. Consequently, we lack jurisdiction. *Commonwealth ex rel. Nixon v. Nixon,* 312 Pa.Super. 313, 458 A.2d 976 (1983). Pa.R.A.P. 301(c).

This appeal is quashed.